**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PATENT GROUP, LLC** § § | | |
| vs. § | **CASE NO. 6:10-CV-145** | |
| §  § | | |
| **PEACE INDUSTRIES, LTD** § | | |
| **D/B/A ACE FASTENER COMPANY** § | | |
| § § | | |
| **PATENT GROUP, LLC** § § | **CASE NO. 6:10-CV-147** | |
| vs. § § | | |
| **MAG INSTRUMENT, INC.** § | | |
| § § | | |
| **PATENT GROUP, LLC** § § | **CASE NO. 6:10-CV-148** | |
| vs. § § | | |
| **MASTER LOCK COMPANY, LLC** § | | |
| § § | | |
| **PATENT GROUP, LLC** § § | **CASE NO. 6:10-CV-149** | |
| vs. § § | | |
| **KING BROS. INC.** § | | |
| § § | | |
| **PATENT GROUP, LLC** § § | **CASE NO. 6:10-CV-150** | |
| vs. § § | | |
| **UNIQUE TOOLS, INC.** § | | |
| § § | | |
| **PATENT GROUP, LLC** § § | **CASE NO. 6:10-CV-153** | |
| vs. § § | | |
| **COPPER-BRITE, INCORPORATED** § | | |

| | | |
|---|---|---|
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **THE R.A. ALLEN COMPANY, INC.** | § § § § § § | **CASE NO. 6:10-CV-167** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **KNESS MFG. CO., INC.** | § § § § § § | **CASE NO. 6:10-CV-233** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **G.T. WATER PRODUCTS, INC.** | § § § § § § | **CASE NO. 6:10-CV-234** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **SUMMIT CHEMICAL COMPANY** | § § § § § § | **CASE NO. 6:10-CV-235** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **WATER SPORTS, LLC** | § § § § § § | **CASE NO. 6:10-CV-345** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **WOODSTREAM CORPORATION** | § § § § § § | **CASE NO. 6:10-CV-346** |

| | | |
|---|---|---|
| **PATENT GROUP, LLC**<br><br>vs.<br><br>**KELLER MANUFACTURING COMPANY** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-387** |
| **PATENT GROUP, LLC**<br><br>vs.<br><br>**PURE FISHING, INC.** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-388** |
| **PATENT GROUP, LLC**<br><br>vs.<br><br>**ADJUSTABLE CLAMP COMPANY** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-389** |
| **PATENT GROUP, LLC**<br><br>vs.<br><br>**LISLE CORPORATION** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-390** |
| **PATENT GROUP, LLC**<br><br>vs.<br><br>**SPORTCRAFT, LTD.** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-391** |
| **PATENT GROUP, LLC**<br><br>vs.<br><br>**GLENN FAMILY, INC.** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-392** |

| | | |
|---|---|---|
| PATENT GROUP, LLC<br><br>vs.<br><br>CEQUENT CONSUMER PRODUCTS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-393** |
| PATENT GROUP, LLC<br><br>vs.<br><br>ASPEN PET PRODUCTS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-394** |
| PATENT GROUP, LLC<br><br>vs.<br><br>GREAT PLAINS INDUSTRIES, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-395** |
| PATENT GROUP, LLC<br><br>vs.<br><br>WOLFCRAFT, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-396** |
| PATENT GROUP, LLC<br><br>vs.<br><br>BAXA CORPORATION | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-397** |
| PATENT GROUP, LLC<br><br>vs.<br><br>CONVERT-A-BALL DISTRIBUTING, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:10-CV-398** |

| | | |
|---|---|---|
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **DAVIS INSTRUMENTS CORPORATION** | § § § § § § § | **CASE NO. 6:10-CV-399** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **FORTUNE PRODUCTS, INC.** | § § § § § § | **CASE NO. 6:10-CV-400** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **GREAT AMERICAN MARKETING, INC., ET AL.** | § § § § § § § | **CASE NO. 6:10-CV-401** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **ILLINOIS TOOL WORKS, INC.** | § § § § § § § | **CASE NO. 6:10-CV-402** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **MAINE WOOD TURNING, INC.** | § § § § § § § | **CASE NO. 6:10-CV-403** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **MARINE DYNAMICS, INC.** | § § § § § § | **CASE NO. 6:10-CV-404** |

| | | |
|---|---|---|
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **T-H MARINE SUPPLIES, INC.** | § § § § § § | **CASE NO. 6:10-CV-405** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **TECHNI EDGE MANUFACTURING CORP.** | § § § § § § § | **CASE NO. 6:10-CV-406** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **ULTIMATE SPORTS CO.** | § § § § § § | **CASE NO. 6:10-CV-407** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **WEDGE-LOC CO., INC.** | § § § § § § | **CASE NO. 6:10-CV-408** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **ARTHUR LANSKY LEVINE & ASSOCIATES, INC., D/B/A LANSKY SHARPENERS CORPORATION** | § § § § § § § § | **CASE NO. 6:10-CV-413** |
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **WILLIAM H. HARVEY CO.** | § § § § § § | **CASE NO. 6:10-CV-414** |

| | | |
|---|---|---|
| **PATENT GROUP, LLC** <br><br> vs. <br><br> **NEWELL RUBBERMAID, INC. AND MOORE PUSH PIN CO.** | § <br> § <br> § <br> § <br> § <br> § <br> § | **CASE NO. 6:10-CV-415** |

## ORDER OF RECUSAL

The undersigned judge hereby recuses himself with regard to the above-entitled and numbered civil actions.

**So ORDERED and SIGNED this 23rd day of September, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**