## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **PATENT GROUP, LLC** | § | |
| | § | |
| **v.** | § | **NO. 6:10-cv-145** |
| | § | |
| **PEACE INDUSTRIES, LTD. d/b/a ACE** | § | |
| **FASTENER COMPANY** | § | |

### ORDER DENYING MOTIONS TO DISMISS

Before the Court are Defendant Peace Industries, Ltd. d/b/a Ace Fastener Company's first motion to dismiss (Doc No. 7) and amended motion to dismiss (Doc. No. 14). On January 6, 2011, the Court held a scheduling conference during which it ruled on Defendant's motions. Pursuant to the Court's oral rulings, Defendants motions (Doc. Nos. 7, 14) are denied.

**It is SO ORDERED.**

**SIGNED this 7th day of January, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE